**No. 62862.**—Alexanders Dept. Stores, Inc. v. United States, protest 318761–K (New York).

Opinion by JOHNSON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that one case of shoes, ADS 238/44, and one case of handbags, ADS 35221/1, reported by the inspector as manifested, not found, were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon one case of shoes, ADS 238/44, and one case of handbags, ADS 35221/1, which were reported by the inspector as manifested, not found. The protest was sustained to this extent.

**No. 62863.**—Hill Brown Corp. v. United States, protest 58/6339 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise, facts, and issues are the same in all material respects as those the subject of R. J. Saunders & Co., Inc. v. United States (37 Cust. Ct. 267, C.D. 1834), the collector was directed to reliquidate the entries, assessing duty upon the basis of the unit appraised value per conditioned pound or kilo, multiplied by the total number of conditioned pounds or kilos, as set forth in the invoices.

**No. 62864.**—P. John Hanrahan, Inc. v. United States, protest 58/6578 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.